UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Artinez Le-juan Murray,
Larissa Mishea Murray,
                DEBTORS.
_____/

CHAPTER 13
CASE NO. 17-50698-MBM
JUDGE MARCI B. MCIVOR

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIMED EXEMPTIONS

**NOW COMES** the Chapter 13 Standing Trustee, David Wm. Ruskin, and hereby withdraws the Trustee's Objection to the Debtor's Claimed Exemptions filed on or about August 31, 2017.

                OFFICE OF DAVID WM. RUSKIN,
                STANDING CHAPTER 13 TRUSTEE

Dated: September 11, 2017    By: ___/s/ Lisa K. Mullen_____
                                            LISA K. MULLEN (P55478)
                                            THOMAS D. DECARLO (P65330)
                                            Attorneys for Chapter 13 Trustee, David Wm. Ruskin
                                            1100 Travelers Tower
                                            26555 Evergreen Road
                                            Southfield, MI 48076-4251
                                            Telephone (248) 352-7755