# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

Artinez Le-juan Murray,
Larissa Mishea Murray,
                DEBTORS.
_____/

CHAPTER 13
CASE NO. 17-50698-MBM
JUDGE MARCI B. MCIVOR

### TRUSTEE'S OBJECTION TO CONFIRMATION OF THE
### DEBTORS' FIRST MODIFIED, PRE-CONFIRMATION CHAPTER 13 PLAN

    **NOW COMES** the Chapter 13 Standing Trustee in this matter, David Wm. Ruskin, and objects to confirmation of the debtors' First Modified, Pre-Confirmation Chapter 13 Plan, and in support thereof states as follows:

    1.    Based upon a review of the debtors' 2016 tax return, the debtor husband operates a lawn care business, "Just Right Cuts", however, the debtor fails to disclose this business in the petition, and the Statement of Financial Affairs. Accordingly, the debtors' Plan may fail to comply with 11 U.S.C. Section 1325.

    2.    The Liquidation Analysis of the debtor's Chapter 13 Plan improperly combines the debtor's vehicle and trailer and fails to specify the values, any liens, the debtor's share of equity and any exemptions claimed. Accordingly, the Trustee is unable to determine if the debtor's Plan complies with 11 U.S.C. Section 1325(a)(4).

    3.    The plan fails to increase its funding upon the termination of the obligation of the debtor's 401(k) loan pursuant to 11 U.S.C. 1325(b)(1)(B) and 11 U.S.C. 1325(a)(3).

    **WHEREFORE,** the Chapter 13 Standing Trustee requests that this Honorable Court deny confirmation of the debtors' Chapter 13 Plan.

                OFFICE OF DAVID WM. RUSKIN,
                STANDING CHAPTER 13 TRUSTEE

Dated: October 9, 2017    By: _____/s/ Lisa K. Mullen_____
                                  DAVID WM. RUSKIN (P26803)
                                  LISA K. MULLEN (P55478)
                                  THOMAS D. DECARLO (P65330)
                                  Attorneys for Chapter 13 Trustee, David Wm. Ruskin
                                  1100 Travelers Tower
                                  26555 Evergreen Road
                                  Southfield, MI 48076-4251
                                  Telephone (248) 352-7755

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

IN RE:

Artinez Le-juan Murray,
Larissa Mishea Murray,
           DEBTORS.
_____/

CHAPTER 13
CASE NO. 17-50698-MBM
JUDGE MARCI B. MCIVOR

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTION TO CONFIRMATION OF THE DEBTORS' FIRST MODIFIED, PRE-CONFIRMATION CHAPTER 13 PLAN

I hereby certify that on October 9, 2017, I electronically filed the Trustee's Objection to Confirmation of the debtors' First Modified, Pre-Confirmation Chapter 13 Plan with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

    DETROIT LAWYERS PLLC
    26711 WOODWARD AVE STE 207
    HUNTINGTON WOODS, MI  48070-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

    Artinez Le-juan Murray
    Larissa Mishea Murray
    28445 Beechwood Dr.
    Flat Rock, MI  48134-0000

                          /s/ Vanessa Wild
                    Vanessa Wild
                    For the Office of David Wm. Ruskin
                    Chapter 13 Standing Trustee-Detroit
                    1100 Travelers Tower
                    26555 Evergreen Road
                    Southfield, MI 48076-4251
                    (248) 352-7755