2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Michigan
Case No. 17-50698-mbm
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Artinez Le-juan Murray<br>28445 Beechwood Dr.<br>Flat Rock MI 48134 | Larissa Mishea Murray<br>28445 Beechwood Dr.<br>Flat Rock MI 48134 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/24/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Consumer Portfolio Svs, PO Box 57071, Irvine, CA 92619 | eCAST Settlement Corporation<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-1245 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/27/18

Katherine B. Gullo
**CLERK OF THE COURT**

```
                           United States Bankruptcy Court
                           Eastern District of Michigan
In re:                                                              Case No. 17-50698-mbm
Artinez Le-juan Murray                                              Chapter 13
Larissa Mishea Murray
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0645-2        User: nmcca               Page 1 of 1          Date Rcvd: Jan 25, 2018
                            Form ID: trc              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24866735       +E-mail/Text: bankruptcy@consumerportfolio.com Jan 25 2018 22:28:11      Consumer Portfolio Svs,
                 PO Box 57071,    Irvine, CA 92619-7071
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2018 at the address(es) listed below:
              David Wm Ruskin    ecf-emails@det13.com
              Drew P. Millitello    on behalf of Joint Debtor Larissa Mishea Murray drew@detroitlawyers.com,
               ecf@detroitlawyers.com;r40170@notify.bestcase.com
              Drew P. Millitello    on behalf of Debtor Artinez Le-juan Murray drew@detroitlawyers.com,
               ecf@detroitlawyers.com;r40170@notify.bestcase.com
              Matthew I. Paletz    on behalf of Creditor    Country Meadows MHC mpaletz@paletzlaw.com,
               tgilliam@paletzlaw.com;imorton@paletzlaw.com
                                                                                             TOTAL: 4